# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JONDRIGUS WILLIAMS, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:16CV993 ERW |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's motion to vacate sentence, as well as his motion to stay this action pending his application to pursue permission from the Eighth Circuit Court of Appeals to file a successive habeas action in this Court.

As permission to file a successive action was granted by the Eighth Circuit Court of Appeals on July 1, 2016, this Court will reopen the present action and deny movant' s motion to stay as moot.

After reviewing movant's amended motion to vacate, however, it is apparent that he seeks additional time to file an amended motion to vacate. As such, the Court will grant movant forty-five (45) days to file his amended motion to vacate. After the filing of the amended motion, the Court will enter a Case Management Order.

Accordingly,

**IT IS HEREBY ORDERED** that this case shall be **REOPENED** as permission has been granted to movant from the Eighth Circuit Court of Appeals to file a successive habeas corpus action in this Court.

**IT IS FURTHER ORDERED** that movant's motion to stay this action is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** movant's amended motion to vacate is due to this Court no later than forty-five (45) days from the date of this Order.

Dated this 12th day of July, 2016.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE